IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-HC-2063-BO

| | |
|---|---|
| MATHIAS T. KOPP, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| TRACY JOHNS, ) | |
| Respondent. ) | |

Mathias T. Kopp filed a petition for a writ of habeas pursuant to 28 U.S.C. § 2241 to challenge his present confinement under 18 U.S.C. § 4248. On October 29, 2010, the court granted Kopp's motion to dismiss in his 18 U.S.C. § 4248 case and ordered his release within thirty days of the entry of the order. United States v. Kopp, No. 5:07-HC-2185-BO, D.E. # 24, opinion titled United States v. Broncheau, et al, 5:06-HC-2219-BO, et al., (stay of release entered by Fourth Circuit 11/29/2010). Because that opinion concluded the matter, this habeas petition and all pending motions are DENIED AS MOOT and without prejudice (D.E. # 9 and 13). The Clerk is DIRECTED to CLOSE the case.

SO ORDERED, this 6 day of December 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE